DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL J. MOSES, II,

Appellant,

v.

PATRICIA T. MOSES,

Appellee.

_____

No. 2D23-744
_____

February 7, 2024

Appeal from the Circuit Court for Pinellas County; Evan G. Frayman, Judge.

Michael J. Park of Park, Ossian, Barnaky & Park, P.A., for Appellant.

Kevin D. Brennan of Meros, Smith, Brennan & Gregg, P.A., St. Petersburg, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.